IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR213 |
| | ) | |
| MICHAEL A. NORTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on the defendant's motion for extension of time to file pretrial motions (Doc. 18). The record shows that the defendant was arraigned on July 8, 2009 on charges relating to the possession of computer files containing child pornography. The parties were ordered to file pretrial motions on or before July 28, 2009. Government's counsel provided Rule 16 discovery by July 13 (see Doc. 15). No pretrial motions were filed, and the case was set for trial September 1, 2009.

    The defendant now asks for a 60-day extension of the expired pretrial motion deadline to engage the services of an unspecified computer forensic expert so he can determine whether to request further discovery and whether to file pretrial motions.

    The court finds that the defendant has not shown any reason why he could not have requested an extended deadline at the time of arraignment in light of the nature of the charged conduct, or why he could not have requested an extension of time before his deadline expired. The court further finds that the defendant has not shown good cause for an extension of the pretrial motion deadline.

    **IT IS ORDERED** that the defendant's motion for extension of time to file pretrial motions (Doc. 18) is denied.

    Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **August 11, 2009.**

    **DATED August 4, 2009.**

                                                      BY THE COURT:

                                                      s/ F.A. Gossett
                                                      **United States Magistrate Judge**