# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR213 |
| | ) | |
| MICHAEL A. NORTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to continue trial (Doc. 24). A three-month extension to November 3, 2009 is requested for the same reasons the defendant requested an extension of the deadline for filing pretrial motions. The court finds that the defendant has not shown good cause for the continuance requested.

**IT IS ORDERED** that the defendant's motion to Continue Trial (Doc. 24) is denied.

Pursuant to NECrimR 57.2, a party may appeal this order by filing an "Appeal of Magistrate Judge's Order" no later than **August 25, 2009.**

**DATED August 18, 2009.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**