IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:09CR213 |
| | ) | |
| MICHAEL A. NORTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

At the parties' request, a conference in chambers was held on August 25, 2009 to discuss the trial setting.

**IT IS ORDERED** that the defendant's oral motion to continue trial is granted, as follows:

1. The jury trial now set for September 1, 2009 is continued to **October 6, 2009.**

2. In accordance with 18 U.S.C. § 3161(h)(8)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **September 1, 2009 and October 6, 2009**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because counsel require additional time to adequately prepare the case, taking into consideration due diligence of counsel and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

DATED August 25, 2009.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**