UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR213 |
| | ) | |
| vs. | ) | **FINAL ORDER OF** |
| | ) | **FORFEITURE** |
| | ) | |
| MICHAEL NORTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 78). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On May 18, 2010, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2253 based upon the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in 20 mini DVDs, Silver external hard drive, Mac computer, serial # W833306NP19, and a Toshiba lap top R-300 Computer, serial # 38079953Q was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov for at least thirty consecutive days, beginning on June 4, 2010, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 9, 2010 (Filing No. 77).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A. The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 78) is hereby sustained.

B. All right, title and interest in and to the 20 mini DVDs, Silver external hard drive, Mac computer, serial # W833306NP19, and a Toshiba lap top R-300 Computer, serial # 38079953Q, held by any person or entity, is hereby forever barred and foreclosed.

C. The 20 mini DVDs, Silver external hard drive, Mac computer, serial # W833306NP19, and a Toshiba lap top R-300 Computer, serial # 38079953Q, be, and the same hereby are, forfeited to the United States of America .

D. The United States Marshals Service for the District of Nebraska is directed to dispose of said properties in accordance with law.

DATED this 11th day of August, 2010.

**BY THE COURT:**

S/ Laurie Smith Camp
**United States District Judge**